REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:15-CR-51 |
| | ) | Violation: 21 U.S.C. § 846 |
| JUAN ALBERTO MENDEZ | ) | |

THE GRAND JURY CHARGES:

On or about September 17, 2014, and continuing to on or about March 1, 2015, in the Northern District of Indiana and elsewhere,

JUAN ALBERTO MENDEZ,

defendant herein, did knowingly and intentionally conspire, combine, confederate, and agree with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to violate 21 U.S.C. § 841(a)(1), to distribute and possess with the intent to distribute a controlled substance, including 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; and 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

All in violation of 21 U.S.C. § 846.

## FORFEITURE ALLEGATION

The allegation contained in the count of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Upon conviction of the controlled substance offense alleged in the sole count of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

A TRUE BILL

/s/ Foreperson
Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

By: /s/ Anthony W. Geller
Anthony W. Geller
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: anthony.geller@usdoj.gov